**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VIVIAN HOLT,<br><br>Plaintiff,<br><br>vs.<br><br>ASSET ACCEPTANCE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: JUNE 30, 2008<br>08CV3719<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE BROWN<br>YM |

**COMPLAINT**

**INTRODUCTION**

1. Plaintiff Vivian Holt brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Asset Acceptance, LLC. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA"). The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; it also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

**VENUE AND JURISDICTION**

2. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue and personal jurisdiction in this District are proper because:

a. Defendant's collection communications were received by plaintiff within this District;

b. Defendant does business within this District.

**PARTIES**

4. Plaintiff Vivian Holt is an individual who resides in the Northern District of Illinois.

5. Defendant Asset Acceptance LLC is a limited liability company with offices at 28405 Van Dyke Avenue, Warren MI 48093, and 55 East Jackson, Chicago, IL 60604.

6. Asset Acceptance LLC is engaged in the business of purchasing charged-off consumer debts and attempting to collect them from the consumers, using the mail and telephones for that purpose.

7. Asset Acceptance LLC has paid an average of less than three cents on the dollar for the charged-off consumer debts. According to the report on SEC Form 10-K filed by its publicly-held parent, Asset Acceptance Capital Corporation for the year ending December 31, 2006 (original page 3), from January 1, 1997 through December 31, 2006, Asset Acceptance LLC has purchased 740 consumer debt portfolios, with an original charged-off face value of $27.0 billion for an aggregate purchase price of $579.4 million, or 2.14% of face value, net of buybacks.

8. According to the same SEC filing, Illinois accounted for 1,147,314 of these accounts (original page 10).

9. Defendant Asset Acceptance, LLC has been the plaintiff in more than 1,000 lawsuits filed in Illinois since January 1, 2008 and seeking to collect consumer debts.

10. Asset Acceptance, LLC uses the mails and telephone in its business.

11. Because the purported obligations were originally owed to other entities and were charged off prior to purchase, Asset Acceptance, LLC is a "debt collector" as defined in the FDCPA.

12. Asset Acceptance, LLC is also a "collection agency" as defined in the Illinois Collection Agency Act, 225 ILCS 425/1 et seq. ("ICAA"). .

**FACTS**

13. On or about February 15, 2008, counsel for plaintiff sent Asset Acceptance, LLC the letter attached as Exhibit A.

14. The alleged defaulted debt in question was incurred for personal, family or household purposes.

15. Defendant continued communicating directly with plaintiff notwithstanding Exhibit A.

16. On or about March 31, 2008, defendant sent plaintiff Exhibit B.

17. On information and belief the debt is barred by the statute of limitations.

## VIOLATIONS COMPLAINED OF

18. Defendant thereby violated 15 U.S.C. §1692c, by contacting a represented debtor directly and continuing collection activity after the putative debtor refused to pay.

19. Section 1692c provides:

**§ 1692c. Communication in connection with debt collection [Section 805 of P.L.]**

(a) **Communication with the consumer generally**--Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt– . . .

(2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; . .

(c) **Ceasing communication**--If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except--

(1) to advise the consumer that the debt collector's further efforts are being terminated;

(2) to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or

(3) where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

If such notice from the consumer is made by mail, notification shall be complete upon receipt.

.

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

(1) Statutory damages;

(2) Actual damages;

(3) Attorney's fees, litigation expenses and costs of suit;

(4) Such other and further relief as the Court deems proper.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**JURY DEMAND**

Plaintiff demands trial by jury.

s/Daniel A. Edelman
Daniel A. Edelman

T:\21543\Pleading\Complaint_Pleading.WPD

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

08CV3719
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE BROWN
YM

**EXHIBIT A**




LEGAL ASSISTANCE FOUNDATION OF METROPOLITAN CHICAGO

111 West Jackson Boulevard
Suite 300
Chicago, Illinois 60604-3528
312.341.1070 Phone
312.341.1041 Fax
(866) 801-0505 TTY
User name: lafmcgo
www.lafchicago.org




Writer's Direct Dial: 


Diana C. White
*Executive Director*

Alan Alop
Jack L. Block
*Deputy Directors*

**General Intake Offices**

CENTRAL INTAKE
111 West Jackson Blvd.
Chicago, IL 60604
(312) 341-1070
TDD: (866) 801-0505
FAX: (312) 341-1041

NORTH SUBURBAN OFFICE
828 Davis Street, Rm. 201
Evanston, IL 60201-4489
(847) 475-3703
FAX: (847) 475-3033

NORTHWEST OFFICE
1279 N. Milwaukee Ave., #407
Chicago, IL 60622-2253
(773) 572-3200
FAX: (773) 572-3201

SOUTH SIDE OFFICE
10 West 35th Street
Chicago, IL 60616-3717
(312) 949-5390
FAX: (312) 949-0481

SOUTH SUBURBAN OFFICE
900 East 162nd Street, Suite 101
South Holland, IL 60473-2471
(708) 271-4950
FAX: (708) 596-4108

WEST SIDE OFFICE
3333 West Arthington
Chicago, IL 60624-4102
(773) 321-7900
FAX: (773) 638-0036
Residents of West Suburban Cook County should call (773) 321-7900

**Special Projects**

Bankruptcy Project
Chicago Seniors/Consumer Law
Children's Law
Crime Victims Assistance
(773) 638-4111
Disability Law
Employment Law
Expungement
Family Law/Domestic Violence
(312) 431-2255
Federal Court Bankruptcy Assistance For Pro Se Litigants
Federal Court District Assistance For Pro Se Litigants
HIV/AIDS Project
(312) 347-8300
Home Ownership Preservation
(312) 431-2204
Illinois Migrant Legal Assistance
(800) 824-4050 (toll-free)
Legal Center for Immigrants
(312) 341-9617
Long Term Care Ombudsman for Suburban Cook and Lake Counties
(888) 401-8200 (toll-free)
Medical Debt Relief
(312) 431-2121
Private Attorney Involvement
Pro Se Divorce Clinic
(312) 431-2101
Public Benefits Hotline
(888) 893-5327
SSI Advocacy Project
Veterans' Rights


February 15, 2008

**BY FAX AND REGULAR MAIL TO:**
**(586) 446-7837**




Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090-2036

Re: Vivian Holt



Your Acct No.: 31370235
Orig–Washington Mutual

Dear Sir or Madam,

Please be advised that I represent Ms. Vivian Holt in connection with the account referenced above and any other debts you may seek to collect from her. Ms. Holt is 70 years old, her only income is from exempt Social Security benefits, and she is unable to make any payments.

Please cease all further communications.

Sincerely,

*Michelle Weinberg*

Michelle A. Weinberg
Supervisory Attorney

cc: Vivian Holt

**EXHIBIT B**

# Asset Acceptance LLC

Toll Free 866-609-5621 Ext.
LOCAL: 586-939-9600
LOCAL OFFICE: Warren, MI

**35% DISCOUNT!!**
**SEE BELOW FOR DETAILS**

Re: WASHINGTON MUTUAL
Client Account #: [redacted]7446
Asset Acceptance LLC Acct: 31370235
Current Balance: $2969.32
Settlement Balance: $1930.06
Expiration Date: March 31, 2008

**TIMES A WASTIN'!**

Dear VIVIAN HOLT:

It's March and at this point you are probably watching your mailbox everyday just waiting for your **TAX REFUND.** Why not consider using it to settle this debt? Stop accruing interest and make settling this debt the best use of your **TAX REFUND** this year. To assist you we are offering 35% off your current balance of $2969.32.

| Current Balance: | $2969.32 |
|---|---|
| Discount Offer: | $1039.26 |
| Payment Due Date: | On or before March 31, 2008 |
| **PAY THIS AMOUNT:** | **$1930.06** |

In addition to your savings of $1039.26, you can also receive the following benefits:

1. A zero balance on your WASHINGTON MUTUAL account with us
2. A paid account letter

Call MIKE GAZZARATO toll-free at 866-609-5621 at ext. today. This offer will expire on March 31, 2008.

Act now - go to www.paymybill.com and pay online, using your credit card, debit card or checking account. Your user ID is: 0271627. Your password is: 31370235.

It may be possible to extend the deadline under certain circumstances. The settlement offer outlined above is guaranteed through the above referenced date. After that time we reserve the right to modify the settlement offer, or revoke the offer entirely. We are not obligated to renew this offer.

This offer is void if a previous settlement has been arranged.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

MIKE GAZZARATO – Phone: 866-609-5621 Ext.
Debt Collector
Asset Acceptance LLC

PONASSE018474AACMI

***Detach Lower Portion and Return with Payment***

PO Box 2039
Warren MI 48090-2039
ADDRESS SERVICE REQUESTED

Asset Acceptance LLC Acct: 31370235
Current Balance: $2969.32
Settlement Balance: $1930.06
Expiration Date: March 31, 2008

March 4, 2008

#BWNHKKF
#0000000313702359# 0641857 0118039 ILL-8474

VIVIAN HOLT
9352 S Kimbark Ave
Chicago IL 60619-8036

ASSET ACCEPTANCE LLC
PO Box 2036
Warren MI 48090-2036