UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Vivian Holt
                    Plaintiff,
v.                                              Case No.: 1:08−cv−03719
                                                Honorable Samuel Der−Yeghiayan
Asset Acceptance, LLC
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 08/27/08 at 9:00 a.m. Counsel for Plaintiff appeared and reported to the Court that the action has settled and they are finalizing settlement documents. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.