IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VIVIAN HOLT, | ) | |
| | ) | |
| Plaintiff, | ) | 08-cv-3719 |
| | ) | |
| vs. | ) | Judge Der-Yeghiayan |
| | ) | |
| ASSET ACCEPTANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Vivian Holt hereby dismisses her claims with prejudice, with each party to bear their own costs and fees.


Respectfully submitted,

**VIVIAN HOLT**

By: s/Francis R. Greene
     One of Her Attorneys

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St.-18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Francis R. Greene, hereby certify that on August 21, 2008, I filed the foregoing document with the Clerk of the Court via the CM/ECF System.  I further certify that I caused to be served a true and accurate of such filing via electronic mail upon the following party:

Asset Acceptance, LLC
c/o Robert Horwitz, Litigation Counsel
rhorwitz@assetacceptance.com

                                                                            s/Francis R. Greene
                                                                            Francis R. Greene